UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 08 2017 ★
LONG ISLAND OFFICE

| | |
|---|---|
| SHARON AIKENS, *on behalf of herself and all others similarly situated*, ) ) ) | Case No. 2:17-cv-347 |
| Plaintiff, ) ) ) | **Notice of Dismissal With Prejudice** |
| vs. ) ) | |
| MIDLAND CREDIT MANAGEMENT, INC., AND MIDLAND FUNDING, LLC, ) ) ) | |
| Defendants. ) ) | |

Plaintiff submits this notice of dismissal prior to the service of any answer or motion for summary judgment by any defendant. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff gives notice that this civil action is hereby dismissed with prejudice, and without fees or costs to any party.

Dated: May 5, 2017.

So Ordered
Case closed 5/8/17
s/Joan M. Azrack

Respectfully submitted,

s/Justin Auslaender
Justin Auslaender
Eastern District Bar No. JA5875
NY Bar No. 5095476
Thompson Consumer Law Group
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
Telephone: (917) 793-9022
Facsimile:  (917) 793-9037
Email: justin@theauslaenderfirm.com

Attorney for Plaintiff

*Please direct local correspondence to:*

90-35 148th Street
Jamaica, NY 11435

*Notice of Settlement*
*Page 1 of 2*